**Order entered January 9, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00018-CR

**DEVONTE WEBB, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F13-56001-J**

## ORDER

Appellant was sentenced and filed a notice of appeal on October, 2014. The notice of appeal, however, was not transmitted to this Court until January 7, 2015. We now have before us the January 7, 2015 request of court reporter Kimberly Xavier for an extension of time to file the reporter's record. Ms. Xavier stated she received the request for the reporter's record on January 5, 2015.

We **GRANT** the extension request and **ORDER** Ms. Xavier to file the reporter's record by **JANUARY 30, 2015**.

We **ORDER** the Dallas County District Clerk to file the clerk's record by **JANUARY 30, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Kimberly Xavier, official court reporter, Criminal District Court No. 3; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE